## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ALABAMA
## MOBILE DIVISION

| | | |
|---|---|---|
| VALLEY FORGE INSURANCE COMPANY and VALLEY FORGE INSURANCE COMPANY As Subrogee and Assignee of Killian Construction Company, and HOAR Program Management, LLC | ) ) ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CIVIL ACTION CASE: 1:17-cv-458 |
| FIREMAN'S INSURANCE COMPANY OF WASHINGTON, D.C., a Delaware Corporation and SAM C. FRANKLIN & SON, INC., A Tennessee Corporation, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Valley Forge Insurance Company ("Valley Forge") and Defendants Firemen's Insurance Company of Washington, D.C. and Sam C. Franklin & Son, Inc. ("Defendants"), pursuant to Rule 41 of the Federal Rules of Civil Procedure, jointly stipulate to the dismissal of Valley Forge's claims against Defendants with prejudice, with each party to bear its own costs.

*s/Greta A. Matzen*_____
Greta A. Matzen

ELENIUS FROST & WALSH
Greta A. Matzen

31050394 v1

333 S. Wabash Avenue, 25th Floor
Chicago, Illinois 60613
(312) 822-4963 (Telephone)
(312) 817-2486 (Facsimile)
Greta.Matzen@cna.com

          *s/John C. Morrow*
          John C. Morrow

          Attorneys for Valley Forge Insurance Company

BURR & FORMAN LLP
420 20th Street North, Suite 3400
Birmingham, AL 35203
(205) 251-3000
jmorrow@burr.com

          *s/M. Todd Lowther*
          M. Todd Lowther

          Attorney for Firemen's Insurance Company

BALCH BINGHAM, LLP
PO Box 306
Birmingham, AL 35201-0306
tlowther@balch.com

          *s/R. Scott Traweek*
          R. Scott Traweek
          Attorney for Sam C. Franklin and Son, Inc.

GALLOWAY JOHNSON
118 East Garden Street
Pensacola, FL 32502
straweek@gallowaylawfirm.com