IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **VALLEY FORGE INSURANCE COMPANY**, directly and as Subrogee And Assignee of Lillian Construction Company and HOAR Program Management, LLC, | : <br> : <br> : <br> : |
| Plaintiff, | : |
| v. | :    **CIVIL ACTION 17-00458-N** |
| | : |
| **FIREMAN'S INSURANCE COMPANY OF WASHINGTON, DC, et al,** | : |
| Defendants. | : |

**CLERK'S NOTICE OF CLOSING**

    Pursuant to the filing of the Stipulation of Dismissal filed by the plaintiff on January 17, 2018 (Doc. 19), and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this action is CLOSED. See Matthews v. Gaither, 902 F.2d 877, 880 (11th Cir. 1990) (per curiam) ("It is well established that Rule 41(a)(1)(i) grants a plaintiff an unconditional right to dismiss his complaint by notice and without an order of the court at any time prior to the defendant's service of an answer or a motion for summary judgment. The dismissal is effective immediately upon the filing of a written notice of dismissal, and no subsequent court order is required." (internal citations omitted)).

    DONE this 22nd day of January, 2018.

                                                         CHARLES R. DIARD, CLERK

                                  By:    s/Sandra Rey
                                                  Deputy Clerk